

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-14-00845-CV

Style:                      David Lancaster

                            **v.** Barbara Lancaster

Date motion filed[*]:        November 18, 2014

Type of motion:             Motion for extension of time to file reporter's record

Party filing motion:        Court reporter

Document to be filed:       Reporter's record

Is appeal accelerated?      No

If motion to extend time:
    Original due date:                      September 22, 2014
    Number of previous extensions granted:          Current Due date:
    Date Requested:                         November 26, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due: **November 26, 2014**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

_____

_____

_____

_____

Judge's signature:   /s/ Terry Jennings
              ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: November 24, 2014

November 7, 2008 Revision